AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TERESA FARRIS, et al,

*Plaintiff*

v.

FRANKLIN COUNTY, et al,

*Defendant*

Civil Action No. 4:14-CV-5083-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Final Approval of Class Action Settlement, ECF No. 99, is Granted. Judgment is entered for Plaintiffs. The Court retains jurisdiction to enforce the terms of the Settlement Agreement which is incorporated into this Judgment. The Court will retain jurisdiction for three years from the date of the Order Granting Approval of Class Settlement, ECF No. 106, or until such a date the Court deems necessary to effectuate the Settlement Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Bastian on a motion for Settlement.

Date: July 21, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy