Hon; Bastian
12-10-17
RE: 4-14: CV 05083 SAB    Class act Franklin co

I feel compelled to write you ... to address a issue(s)...
while in the Franklin co Jail... I become a party to the class action.
You ordered. C.L.S to obtain records. (medical). C.L.S Requested records from Franklin co Jail... <u>These records were incomplete</u>..

for *months* Franklin co med Dept stalled out oncology referrals follow up.

what records ... were collected by C.L.S. were only a "fraction" of medical file.

Mr. Straley.. Apparently ... made some medical Diagnoses/observation/Decision on a fraction of the records.

when, I addressed the issues that he was un-Qualified to make such conclusion(s).. And the medical Rec's massively Incomplete.

Mr. Straley concurred. begin to seek the Missing Records.
<u>Made a request for those Recs</u>

①

And Agreed with me... that there needed to be a physician Review my medical Rec's.

Mr. Staley made multiple medical Request. Some Agency's complied.

The Montgomery Co KS Jail. Independence, KS 67301. Lt. Leady chose to *IGNORE* C.L.S. Multiple request for Records. The old medical provider turned over the med Rec's to this Admin- that have continually "IGNORED" C.L.S. AND F.C.C.C allowed these Request to be IGNORED as well —

The Current care provider at F.C.C.C "permitted" these request to go un-answered... Violations of Hippa. It was well past the 45 days comply to Rec's request.

by F.C.C.C non-Pursuit... of Rec's it CEASED My care.

For months, F.C.C.C told me... waiting on Records !!!

②

it essentially "allowed" them to Avoid my oncology referrals.

And they (F.C.C.C) allowed Hippa LAW to be IGNORED.

Now... This administration is IGNORING C.L.S.

Mr. Straley specifically sent a ltr of request to the Admin. W/out reply.

The motion I submitted. Into... F.C.C.C was prematurely Dismissed.

Mr. Straley did not have all the medical care file.

And the records he had... he was unqualified to make medical decisions. (He Agreed with me)

F.C.C.C failed to collect Records from MG.co Ks Jail Admin.

They (F.C.C.C) were IGNORED. Just like Mr. Straley has been.

I suffered at F.C.C.C Due to them accepting being IGNORED. allowing my Hippa Rts to be Violated.

③

This is a Serious failure by F.C.C.C. and its a Serious issue this admin is IGNORING C.L.S.

I hope, that "You" will compell some action(s) to gain compliance to C.L.S. continual request for the medical Recs.

The current care provider. Yuen Key sent post arrival Recs. (9/20/17) claim they have no authority to send Rec's that the old terminated care provider turned over to the admin.

we... are Discovering F.C.C.C Did not pursue the medical Recs- a Violation. And they (F.C.C.C) neglected my care... Due to... waiting on Records-

Sincerely
Mr. Bob G. Rupert

RECEIVED
Dec 14, 2017
CLERK, U.S. DISTRICT COURT